**Order filed October 6, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00645-CR
_____

**TANGIE BEATON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 2362010**

---

## ORDER

Appellant is represented by retained counsel, Daniel Krieger. No reporter's record has been filed in this case. Chayna Lashley, the court reporter, informed this court that appellant had not made arrangements for payment for the reporter's record. On September 8, 2022, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we issue the following order:

We ORDER appellant's retained counsel, Daniel Krieger, to file a brief in this appeal on or before **November 7, 2022**. If Daniel Krieger does not timely file the brief as ordered, we will issue an order requiring the trial court to hold a hearing to determine why the brief has not been filed.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.